MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
E-mail: Douglas.Rowan@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: (702) 727-1400/Fax: (702) 727-1401
Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EULITA ANN REECE, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; DBA CHASE BANK, N.A., individually; and DOES 1 through 100; and ROE CORPORATIONS 1-100.<br><br>       Defendants. | Case No.: 2:18-cv-1303-GMN-DJA<br><br>**Joint Notice of Settlement and Request for Status Check** |

The parties, by and through their undersigned counsel, wish to advise the Court that they have reached a settlement in the above-captioned matter. Currently, this matter is scheduled for a Settlement Conference on January 14, 2021 [ECF No. 37]. Due to the time needed to prepare settlement documents and effectuate settlement, the parties will be unable to submit a stipulation to dismiss prior to the date of the Settlement Conference. Due to the settlement, the parties request that the Court vacate the Settlement Conference.

. . .

. . .

. . .

-1-

1683165v.1

The parties further request that this matter be scheduled for a status check on settlement in 60 days. The parties anticipate that settlement will be completed and that a stipulation to dismiss will be filed prior to that time.

DATED this 7th day of January, 2021.                     DATED this 7th day of January, 2021.

WILSON ELSER MOSKOWITZ                                   RICHARD HARRIS LAW FIRM
EDELMAN & DICKER LLP


*/s/ Douglas M. Rowan*                                   */s/Michael I. Sandoval*
MICHAEL P. LOWRY, ESQ                                    MICHAEL I. SANDOVAL, ESQ
Nevada Bar No. 10666                                     Nevada Bar No. 13242
DOUGLAS M. ROWAN, ESQ.                                   801 S. 4th St.
Nevada Bar No. 4736                                      Las Vegas, Nevada 89101
300 South Fourth Street, 11th Floor                      Tel: 702.444.4444/Fax: 702.444.4455
Las Vegas, Nevada 89101-6014                             *Attorneys for Eulita Ann Reece*
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for JP Morgan Chase Bank, N.A.*

### ORDER

IT IS SO ORERED. The settlement conference scheduled for January 14, 2021 at 10:00 a.m. is VACATED. IT IS FURTHER ORDERED that if a stipulated dismissal has not been filed by March 8, 2021, the parties shall file a joint status report updating the Court on the status of settlement.

DATED this 8th day of January, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

1683165v.1